UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | :    CHAPTER 7 |
| CHERYLYN M SMITH and | : |
| WILLIAM SMITH, | :    CASE NO. 22-55593-BEM |
| | : |
| Debtors. | : |

**REPORT OF CHAPTER 7 TRUSTEE OF ASSETS AND
REQUEST FOR CLAIMS BAR DATE**

COMES NOW Michael J. Bargar, as Chapter 7 Trustee, and reports to the Court that he may recover assets for distribution to creditors and hereby requests that the Court set a bar date for claims.

Respectfully submitted this 28th day of February, 2023.

| | |
|---|---|
| | */s/ Michael J. Bargar* |
| Century Plaza I | Michael J. Bargar |
| 2987 Clairmont Rd, Ste 350 | Georgia Bar No. 645709 |
| Atlanta, GA 30329 | Chapter 7 Trustee |
| (404) 410-1220 | mbargar@rlkglaw.com |

12529321v1