# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

**Case No.:** 22-55593-bem  
**Case Name:** Smith, Cherylyn M.  
Smith, William  

**For Period Ending:** 03/31/2023

**Trustee Name:** (300620) Michael J. Bargar  
**Date Filed (f) or Converted (c):** 07/25/2022 (f)  
**§ 341(a) Meeting Date:** 08/31/2022  
**Claims Bar Date:** 05/30/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2019 Nissan Rouge, 70,000 miles<br>Trustee abandoned this asset on February 28, 2023. [Doc. No. 21]. | 17,358.00 | 0.00 | OA | 0.00 | FA |
| 2 | 2007 Chyrslter Pacifica, 200,000 miles<br>Trustee abandoned this asset on February 28, 2023. [Doc. No. 21]. | 250.00 | 0.00 | OA | 0.00 | FA |
| 3 | Household goods & Furnishings | 6,000.00 | 5,700.00 | | 0.00 | FA |
| 4 | 357 Magnum & 32 Hamerson & Richardson | 400.00 | 400.00 | | 0.00 | FA |
| 5 | Used Clothing | 600.00 | 300.00 | | 0.00 | FA |
| 6 | Wife's Wedding Ring ($500) & Costume Jewelry ($50) | 550.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account: Checking account | 50.00 | 50.00 | | 0.00 | FA |
| 8 | Checking account: Checking account | 50.00 | 50.00 | | 0.00 | FA |
| 9 | Savings account: Savings account | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Pension plan: Pension plan | 2,597.50 | 0.00 | | 0.00 | FA |
| 11 | Retirement account: Va;ic | 3,500.00 | 0.00 | | 0.00 | FA |
| 12 | Security deposit on rental unit: Security deposit on rental unit | 600.00 | 600.00 | | 0.00 | FA |
| 13 | Whole Life Insurance Policy: William Smith | 447.57 | 447.57 | | 0.00 | FA |
| 14 | Mother estate in Florida, this is in probate now | 10,000.00 | 0.00 | | 0.00 | 10,000.00 |
| 15 | May have been injured from camp leugume contamited water | 10,000.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets Totals** (Excluding unknown values) | **$52,403.07** | **$7,547.57** | | **$0.00** | **$10,000.00** |

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Page: 2

| | |
|---|---|
| **Case No.:** 22-55593-bem | **Trustee Name:** (300620) Michael J. Bargar |
| **Case Name:** Smith, Cherylyn M. <br> Smith, William | **Date Filed (f) or Converted (c):** 07/25/2022 (f) |
| | **§ 341(a) Meeting Date:** 08/31/2022 |
| **For Period Ending:** 03/31/2023 | **Claims Bar Date:** 05/30/2023 |

**Major Activities Affecting Case Closing:**

    3/31/23 - Trustee is investigating a possible recovery from the probate estate of Debtor Wife.  Trustee's investigation is ongoing.

**Initial Projected Date Of Final Report (TFR):**     12/31/2024          **Current Projected Date Of Final Report (TFR):**     12/31/2024